# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SAMUEL GUINTO,<br><br>　　　　　　　Plaintiff,<br>　vs.<br>IGNITE RESTAURANT GROUP, INC., dba JOE'S CRAB SHACK,<br><br>　　　　　　　Defendant. | CASE NO. 14cv0864 JM(JMA)<br><br>ORDER DENYING MOTION TO DISMISS AS MOOT |

Defendant Ignite Restaurant Group, Inc., dba Joe's Crab Shack, moves to dismiss Plaintiff Samuel Guinto's wage and hour complaint for failure to state a claim. (Ct. Dkt. 8). As Plaintiff has filed an amended complaint in response to Defendant's motion, the court denies the motion as moot because the original complaint is superseded by the operative amended complaint.

**IT IS SO ORDERED.**

DATED: July 9, 2014

　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　Hon. Jeffrey T. Miller
　　　　　　　　　　　　　　　　　　　United States District Judge

cc:　　　All parties